UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 22-124 (NEB/TNL)

UNITED STATES OF AMERICA,

        Plaintiff,

     v.                          DETENTION ORDER

MOHAMED JAMA ISMAIL(2),

        Defendant.

This matter came before the Court on September 22, 2022 on the Government's Motion for Detention at Defendant Mohamed Jama Ismail's initial appearance in the above-captioned matter. Having taken the matter under advisement, the Court hereby incorporates by reference as if set fully set forth herein the Orders of Detention in Case Nos. 22-mj-328 (HB) (Dkts. 12 and 23).

**THEREFORE**, **IT IS HEREBY ORDERED** that:

1.     The motion of the United States for detention without bond of Mr. Ismail is **GRANTED**;

2.     Mr. Ismail is committed to the custody of the United States Marshals for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

3.     Mr. Ismail shall be afforded reasonable opportunity to consult privately with his lawyer; and

4.     Upon order of the Court or request by the United States Attorney, the person or persons in charge of the correctional facility or facilities in which Mr. Ismail

is confined shall deliver him to the United States Marshal for the purpose of appearance in connection with a court proceeding.

Date:   November 2, 2022          *s/ David T. Schultz*
                                 DAVID T. SCHULTZ
                                 United States Magistrate Judge