UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 22-CR-124 (NEB/TNL)

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **ORDER GRANTING MOTION** |
| v. | **TO MODIFY RELEASE** |
| | **CONDITIONS** |
| MOHAMED JAMA ISMAIL (2), | |
| Defendant. | |

---

This matter is before the Court on Defendant Mohamed Jama Ismail's Motion to Modify Release Conditions (ECF No. 297). The Government and Pretrial Services do not object to the motion. Having reviewed the motion and the files and records herein, and finding that good cause has been shown,

**IT IS HEREBY ORDERED** that the Motion (ECF No. 297) is **GRANTED**.

1) The Order Setting Conditions of Release as to Mr. Ismail (ECF No. 209) is modified such that Release condition 7(p)(ii) of the Order Setting Conditions of Release is stricken. Mr. Ismail is no longer restricted to home detention.

2) The Order, ECF No. 203, is further modified such that Release condition 7(p)(i) is imposed. Mr. Ismail is subject to a curfew; and is restricted to his residence every day as directed by his supervising pretrial services officer.

3. All other conditions of release imposed by the Court remain in effect.

Dated: September 7, 2023

*s/Tony N. Leung*
Tony N. Leung
Magistrate Judge, District of Minnesota