UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
*Criminal No. 22-CR-124(2) (NEB)*

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>Mohamed Jama Ismail, )<br>)<br>Defendant ) | DEFENDANT'S MOTION<br>FOR VARIANCE |

The Defendant, by and through his counsel, respectfully moves the Court for a departure and a variance from the sentencing guidelines.

This motion is made upon all the files and pleadings herein, the Defendant's position with regard to sentencing, and upon further points and authorities as may subsequently be presented to the Court.

Dated:  October 2, 2024                Respectfully submitted,

                        By:    /s/ Patrick L. Cotter
                               SIEBEN & COTTER, PLLC
                               Attorney No. 0319120
                               Attorney for Defendant
                               105 Hardman Court Suite 110
                               South St. Paul, MN 55075